E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (415) 977-8928
    Marla.Letellier@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TIFFANY COTA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHELLE KING,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:24-cv-02102 PVC<br><br>[~~PROPOSED~~] JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

---

[1] Because Michelle King became the Acting Commissioner of Social Security on January 20, 2024, Michelle King should be substituted for Martin O'Malley as the defendant in this suit. Fed. R. Civ. P. 25(d). No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
2
3
4   Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

5   Dated this 31st day of January, 2025.

6
7                                      _____
8                                      PEDRO V. CASTILLO
9                                      United States District Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27