Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
     1990 N. California Blvd.  8th Floor
     Walnut Creek, CA 94596
     Tel: (925) 222-7071
     Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
TIFFANY COTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIFFANY COTA,<br><br>             Plaintiff,<br><br>             v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. EDCV 5:24-cv-02102-PVC<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

     Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees in the amount of $8,000.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:_____2/24/25_____          _____
                                                                     HON. PEDRO V. CASTILLO
                                                                     UNITED STATES MAGISTRATE JUDGE